United States District Court
Southern District of Texas
Houston Division

| | |
|---|---|
| Isaac Aron, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br>v.<br>Crestwood Midstream Partners LP, *et al.*,<br>    Defendants. | Case 4:15-cv-01367 |

### Objector David G. Duggan's Notice of Appeal

Objector David G. Duggan appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered by the Court on October 14, 2016 (Dkt. 70), and the orders that merged into it, including the October 14, 2016, order certifying the settlement class, giving final approval to the class-action settlement, and awarding attorneys' fees and expenses (Dkt. 69).

Respectfully submitted,

The Olson Firm, PLLC

/s/ Leif A. Olson

Leif A. Olson
  S.D. Tex. Bar No. 33695
  State Bar No. 24032801
  leif@olsonappeals.com
PMB 188
4830 Wilson Road, Suite 300
Humble, Texas 77396
(281) 849-8382
**Counsel for Duggan**

### Certificate of Service

On November 7, 2016, a copy of this notice of appeal was served on all counsel of record by electronic filing.

/s/ Leif A. Olson