IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-20742
_____

LAWRENCE G. FARBER

       Plaintiff

v.

CRESTWOOD MIDSTREAM PARTNERS L.P.; CRESTWOOD MIDSTREAM GP, L.L.C.; ROBERT G. PHILLIPS; ALVIN BLEDSOE; MICHAEL G. FRANCE; PHILIP D. GETTIG; WARREN H. GFELLER; DAVID LUMPKINS; JOHN J. SHERMAN; DAVID WOOD; CRESTWOOD EQUITY PARTNERS L.P.; CRESTWOOD EQUITY GP L.L.C.; CEQP ST SUB L.L.C.; MGP GP, L.L.C.; CRESTWOOD MIDSTREAM HOLDINGS L.P.; CRESTWOOD GAS SERVICES GP, L.L.C.,

       Defendants - Appellees

v.

DAVID G. DUGGAN,

       Appellant

-----------------------------------------------------

ISAAC ARON, Individually and on Behalf of All Others Similarly Situated,

       Plaintiff - Appellee

v.

CRESTWOOD MIDSTREAM PARTNERS L.P.; CRESTWOOD MIDSTREAM GP, L.L.C.; ROBERT G. PHILLIPS; ALVIN BLEDSOE; MICHAEL G. FRANCE; PHILIP D. GETTIG; WARREN H. GFELLER; DAVID

LUMPKINS; JOHN J. SHERMAN; DAVID WOOD; CRESTWOOD EQUITY PARTNERS L.P.; CRESTWOOD EQUITY GP L.L.C.; CEQP ST SUB L.L.C.; MGP GP, L.L.C.; CRESTWOOD MIDSTREAM HOLDINGS L.P.; CRESTWOOD GAS SERVICES GP, L.L.C.,

        Defendants - Appellees

v.

DAVID G. DUGGAN,

        Appellant

_____

Appeal from the United States District Court for the
Southern District of Texas, Houston

_____

Before CLEMENT, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:

        IT IS ORDERED that appellee Isaac Aron's motion to dismiss the appeal is DENIED.

        IT IS FURTHER ORDERED that appellee Isaac Aron's motion for summary affirmance is DENIED, but appellee remains free, if he chooses, to raise his waiver and standing arguments in his brief on the merits.

        IT IS FURTHER ORDERED that appellant's opposed motion for sanctions against Isaac Aron is DENIED.