# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 09, 2017

Mr. Theodore H. Frank
Competitive Enterprise Institute
Center for Class Action Fairness
1310 L Street, N.W.
7th Floor
Washington, DC 20005

    No. 16-20742   Isaac Aron v. Crestwood Midstream Partners, et al
                            USDC No. 4:15-CV-1367
                            USDC No. 4:15-CV-2101

Dear Mr. Frank,

The following pertains to your brief electronically filed on 1/4/16.

We filed your brief. However, you must make the following corrections within the next 14 days.

Opposing counsel's briefing time continues to run.

You need to correct or add:

The only attachments to brief allowed without leave of court are those listed under FRAP 28(f), therefore the "Declaration in Support" must either be removed or a motion to supplement the record on appeal must be filed. Note that if a motion to supplement the record with these documents is granted, the documents would still need to be removed from the brief, however you may revise any references in your brief (with proper record citations).

Once you have prepared your sufficient brief, you must select from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Christina Gardner
Christina A. Gardner, Deputy Clerk
504-310-7684

cc:  Mr. Thomas Emerson Bilek
     Ms. Elizabeth Chinyere Brandon
     Mr. Charles B. Hampton
     Mr. Kenneth Prager Held
     Mr. Michael C. Holmes
     Mr. Juan E. Monteverde
     Mr. Michael Terrell Murphy
     Ms. Anna St. John
     Mr. James Gregory Waller