## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

February 08, 2017

Mr. Theodore H. Frank  
Competitive Enterprise Institute  
Center for Class Action Fairness  
1310 L Street, N.W.  
7th Floor  
Washington, DC 20005

     No. 16-20742     Isaac Aron v. Crestwood Midstream Partners, et al  
                           USDC No. 4:15-CV-1367  
                           USDC No. 4:15-CV-2101

Dear Mr. Frank,

The following pertains to your proposed sufficient brief electronically filed on February 6, 2017.

We filed your brief but you must make the following correction(s) within the next 14 days. Opposing counsel's briefing time continues to run.

FED. R. APP. P. 28(f) indicates reproducing statutes, rules and regulations may be added to the brief in an addendum or separately. We require any addendums that are more than 15 pages to be filed separately. Your addendum appears to have 38 pages. You can edit this section to the allotted 15 pages or refile all of them in their own separate addendum with a cover page, table of contents and certificate of service. File as an addendum to the brief.

Once you have prepared your sufficient brief, you must select from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____  
                                       Casey A. Sullivan, Deputy Clerk  
                                       (504)310-7642

cc:  
     Mr. Thomas Emerson Bilek  
     Ms. Elizabeth Chinyere Brandon  
     Mr. Charles B. Hampton  
     Mr. Kenneth Prager Held  
     Mr. Michael Conrad Holmes  
     Mr. Juan E. Monteverde  
     Mr. Michael Terrell Murphy  
     Ms. Kelly Spragins Sandill  
     Ms. Anna St. John  
     Mr. James Gregory Waller  
     Mr. James Milligan Wilson Jr.